The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

REDFIN CORPORATION, a Delaware corporation,

                                    Plaintiff,

v.

iPayOne, LLC, a California limited liability company,

                                    Defendant.

NO. 2:17-cv-01217 RAJ

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL

NOTE ON MOTION CALENDAR: MAY 15, 2018

The parties stipulate that this matter should be dismissed with prejudice and without costs or fees to either party.

DATED this 15th day of May, 2018.

BYRNES KELLER CROMWELL LLP

By /s/ Paul R. Taylor
   Paul R. Taylor, WSBA #14851
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
Email:  ptaylor@byrneskeller.com
*Attorneys for Defendant iPayOne, LLC*

GOLDFARB & HUCK ROTH & RIOJAS, PLLC

By /s/ Christopher M. Huck (per email author.)
   Christopher M. Huck, WSBA #34104
925 Fourth Avenue, Suite 3950
Seattle, WA  98104
Telephone:  (206) 452-0260
Facsimile:  (206) 397-3062
Email:  huck@kelleygoldfarb.com

STIPULATED MOTION AND [PROPOSED] ORDER OF
DISMISSAL (NO. 2:17-CV-01217 RAJ) - 1

1
2

MARTON RIBERA SCHUMANN &
CHANG LLP

3

By /s/ Ryan Marton (per email author.)
    Ryan Marton (admitted Pro Hac Vice)
548 Market St., Suite 36117
San Francisco, CA  94104
Telephone: (415) 360-2511
Facsimile:  (415) 795-1081
Email:  ryan@martonribera.com

4
5
6

7

*Attorneys for Plaintiff Redfin Corporation*

8

## **ORDER**

9
10

IT IS SO ORDERED.

11

DATED this ____ day of May, 2018.

12
13

_____

14

Honorable Richard A. Jones

15

Presented by:

BYRNES KELLER CROMWELL LLP

16
17

By /s/ Paul R. Taylor_____
    Paul R. Taylor, WSBA #14851
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
Email:  ptaylor@byrneskeller.com
*Attorneys for Defendant iPayOne, LLC*

18
19
20
21

GOLDFARB & HUCK ROTH & RIOJAS, PLLC

22
23

By /s/ Christopher M. Huck (per email author.)
    Christopher M. Huck, WSBA #34104
925 Fourth Avenue, Suite 3950
Seattle, WA  98104
Telephone:  (206) 452-0260
Facsimile:  (206) 397-3062
Email:  huck@kelleygoldfarb.com

24
25
26

STIPULATED MOTION AND [PROPOSED] ORDER OF
DISMISSAL (NO. 2:17-CV-01217 RAJ) - 2

1
2
MARTON RIBERA SCHUMANN & CHANG LLP

3
By /s/ Ryan Marton (per email author.)
    Ryan Marton *(admitted Pro Hac Vice)*
4
548 Market St., Suite 36117
San Francisco, CA  94104
5
Telephone: (415) 360-2511
Facsimile:  (415) 795-1081
6
Email:  ryan@martonribera.com

7
*Attorneys for Plaintiff Redfin Corporation*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER OF
DISMISSAL (NO. 2:17-CV-01217 RAJ) - 3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on the 15th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Paul R. Taylor
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL (NO. 2:17-CV-01217 RAJ) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000